EILEEN MATTEUCCI (SBN No.77327)
Attorney at Law
901 Owhanee Court
Fremont, CA 94539
Telephone: (510) 623-7556
Fax No.:    (510) 226-6210

ROBERTA SAVAGE (SBN No. 202940)
Attorney at Law
221 G Street Suite 207
Davis, California 95616
Telephone: (530) 753-4497
Fax No.:       (530) 753-4498

Attorneys for Plaintiff L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., a minor, by and through D.C., His Guardian Ad Litem,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　Defendant.<br>_____ | Case No. C06-6438 CRB<br><br>PLAINTIFF'S WITHDRAWAL OF COMPLAINT AND REQUEST FOR DISMISSAL |

　　　Plaintiff withdraws his complaint and requests that this matter be dismissed with prejudice. The parties have agreed to bear their own costs and attorney fees.

Dated: _February 16, 2007__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EILEEN MATTEUCCI
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　February 26, 2007

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

GAL Petition -1